UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO.  3:17-CV-30094

MODESTO HERNANDEZ,
an individual,

      Plaintiff

v.

SOUTH STREET PLAZA ASSOCIATES,
L.L.C., a Massachusetts Limited Liability
Company,

      Defendant

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE AND DEADLINES

Now come the parties in the above-referenced matter and respectfully request that this Court enter an order continuing the Scheduling Conference that is currently scheduled for September 26, 2017 at 2:15 p.m. (and associated deadlines) for a period of thirty (30) days from the original date to October 26, 2017, or as soon thereafter.

As grounds therefor, the parties state that they are actively engaged in attempting to resolve the matter.  Resolution of the matter involves the parties consulting with their respective experts and the additional time is necessary to finalize a potential resolution with input from the parties' respective experts.

WHEREFORE, the parties respectfully request that this Court grant their request as it is in the best interests of the parties to explore early dispute resolution.

| | |
|---|---|
| Respectfully submitted<br>The Plaintiff,<br>Modesto Hernandez<br>By his Attorney, | Respectfully submitted,<br>The Defendant,<br>South Street Plaza Associates, L.L.C.,<br>By its Attorney, |
| ____*Keith A. Minoff*_____<br>KEITH A. MINOFF, ESQ.<br>Law Offices of Keith A. Minoff, P.C.<br>1350 Main Street, Suite 1003<br>Springfield, MA 01115<br>BBO 551536<br>KU & MUSSMAN, P.A.<br>18501 Pines Boulevard, Ste.100<br>Pembroke, Pines, FL 33029<br>September 7, 2017 | ____*Kevin V. Maltby*_____<br>KEVIN V. MALTBY, ESQ.<br>BACON WILSON, P.C.<br>33 State Street<br>Springfield, MA 01103<br>Ph:  (413) 781-0560<br>Fax:  (413) 739-7740<br>kmaltby@baconwilson.com<br>BBO#   652554<br>September 7, 2017 |