UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CASE NO.: 3:17-CV-30094-MGM

| | |
|---|---|
| MODESTO HERNANDEZ, AN INDIVIDUAL,<br><br>Plaintiffs<br><br>v.<br><br>SOUTH STREET PLAZA ASSOCIATES, L.L.C., A MASSACHUSETTS LIMITED LIABILITY COMPANY,<br><br>Defendants | **STIPULATION OF DISMISSAL, WITH PREJUDICE AND WITHOUT COSTS** |

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice and without costs.

| | |
|---|---|
| Respectfully submitted,<br>The Plaintiff,<br>Modesto Hernandez<br>By His Attorneys, | Respectfully submitted,<br>The Defendant<br>South Street Plaza Associates, L.L.C., Inc.,<br>By Its Attorney, |
| /s/ Keith A. Minoff<br>Keith A. Minoff, Esq.<br>Law Offices of Keith A. Minoff, P.C.<br>1350 Main Street, Suite 1003<br>Springfield, MA  01103<br>Phone (413) 301-0866<br>Fax (413) 328-7406<br>keith@minofflaw.com<br>BBO No. 551536<br>January _31_, 2018 | /k/ Kevin V. Maltby<br>Kevin V. Maltby, Esq.<br>BACON WILSON, P.C.<br>33 State Street<br>Springfield, MA  01103<br>Ph: (413) 781-0560<br>Fax: (413) 739-7740<br>kmaltby@baconwilson.com<br>BBO No. 652554<br>January _31_, 2018 |

-and-

/s/ Louis I. Mussman
Louis I. Mussman, Esq.
Admitted Pro Hac Vice
Ku & Mussman, P.A.
18501 Pines Blvd., Suite 100
Pembroke Pines, Florida 33029
Tel: (305) 891-1322
Fax: (305) 891-4512
Bar No. 597155
January _31_, 2018
louis@kumussman.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on this 31st day of January 2018, and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

By /s/ Kevin V. Maltby, Esq.
Kevin V. Maltby, Esq.